IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**IAN DOLPHIN, Individually and on**     **PLAINTIFF**
**Behalf of all Others Similarly Situated**

vs.     No. 4:18-cv-810-KGB

**BSTB MOVING, INC.,**     **DEFENDANTS**
**and BEN DARNELL**

## JOINT NOTICE OF PARTIAL SETTLEMENT

The purpose of this Joint Notice of Partial Settlement is to apprise the Court that Plaintiff and Defendants have reached an agreement as to all claims in the lawsuit **except** for the issue of attorneys' fees and costs, which the Parties will begin negotiating now that they have settled liability damages. The Parties will file a status report updating the Court as to whether an agreement on attorneys' fees and costs has been reached by May 14, 2021.

Respectfully submitted,

| | |
|---|---|
| SANFORD LAW FIRM, PLLC | WRIGHT, LINDSEY & JENNINGS LLP |
| Kirkpatrick Plaza | 200 West Capitol Avenue, Suite 2300 |
| 10800 Financial Centre Pkwy, Suite 510 | Little Rock, AR  72201-3699 |
| Little Rock, Arkansas 72211 | Telephone: (501) 371-0808 |
| Telephone: (501) 221-0088 | Fax: (501) 376-9442 |
| Facsimile: (888) 787-2040 | Email: mkaemmerling@wlj.com; |
| | jkim@wlj.com |
| By: Josh Sanford | By: Michelle M. Kaemmerling (2001227) |
|    Ark. Bar No. 2001037 |    Jane A. Kim (2007160) |
|    josh@sanfordlawfirm.com |    *Attorneys for Defendants* |
|    *Attorney for Plaintiffs* | |