IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IAN DOLPHIN,
individually and on behalf of all
others similarly situated                                                        PLAINTIFF

VS.                 CASE NO. 4:18CV00810 PSH

BSTB MOVING, INC.,
and BEN DARNELL                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice. The Court will retain jurisdiction in this matter through the settlement administration period.

IT IS SO ORDERED this 6th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE